April 20, 2007

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548

Mr. Eric G. Walraven
Godwin, Pappas & Ronquillo, LLP
1201 Elm Street, Ste. 1700
Dallas, TX 75270
Mr. Danny L. Williams
Williams Morgan & Amerson
10333 Richmond Ave., Ste. 1100
Houston, TX 77042

RE: Case Number: 05-0292
 Court of Appeals Number: 13-04-00099-CV
 Trial Court Number: 02-H-0688-C

Style: STATE OF TEXAS, TEXAS GENERAL LAND OFFICE, AND THE TEXAS LAND
 COMMISSIONER
 v.
 HERBERT W. HOLLAND

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Chief Justice Jefferson not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Becky Denn |